28 USC 1608 Summons
12/11

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

GRETTON LIMITED

*Plaintiff*

v.

THE REPUBLIC OF UZBEKISTAN

*Defendant*

Civil Action No. 1:18-cv-01755-JEB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  THE REPUBLIC OF UZBEKISTAN
c/o Minister Abdulaziz Khafizovich Kamilov
Ministry of Foreign Affairs of the Republic of Uzbekistan
9, Islam Karimov street, Tashkent, 100029, UZBEKISTAN

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & POPEO, P.C.
Attention: David Barmak
701 Pennsylvania Ave, NW
Suite 900
Washington, D.C. 20004

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 8/1/2018

/s/ Michael Darby
*Signature of Clerk or Deputy Clerk*