# EXHIBIT 3

Private & Confidential and Subject to Legal Privilege

ZOLLBERG WITTMER

Beilage: 1

MB

3rd January 2012

(1) **Gretton Limited**

(2) **Oxus Gold plc (the Claimant)**

# Litigation Funding Agreement

GRETTON LIMITED
Registered Office Address: First Floor Dorey Court Admiral Park St Peter Port GUERNSEY GY1 6HJ

Private & Confidential and Subject to Legal Privilege

This Litigation Funding Agreement is dated 3rd January 2012 and is made between:

(1)  *"The Funder"* whose particulars are given in Schedule 1

(2)  *"The Claimant"* whose particulars are given in Schedule 1

(hereinafter referred to as "this Agreement").

**Background:**

A.  The Claimant considers that he has or may have a claim against the Defendants as particularised in Schedule 1.

B.  The Claimant considers that it is in his best interests to enter into this Agreement in order to provide funding to pursue the claim and to mitigate the risks of doing so.

**It is agreed as follows:**

**DEFINITIONS AND INTERPRETATION**

In this Agreement, including the Schedules, the following words and expressions have the following meanings, unless they are inconsistent with the context:

*"Adverse Costs"* means any sum in respect of legal costs becoming payable by the Funder or the Claimant to any Party to the Proceedings in respect of legal costs in or related to the Proceedings. Such sums may be payable to one or more Defendants, another Party to the Proceedings or to any third party and may include VAT where applicable. Adverse Costs shall mean the sum of such costs so payable whether as a result of a Settlement or a Court Order.

*"Affiliate"* means any subsidiary, or holding Company of the Funder, and any subsidiary of any such holding Company for the time being.

*"Capital Partner"* means:

(a)  any other person with whom the Funder may, at its sole discretion, propose to share the financial risk of this Agreement; and

(b)  any appropriate investment vehicle (partnership, company or otherwise) through which the Funder decides to fund the Proceedings.

*"Claimant Default Event"* means a breach by the Claimant of the provisions of this Agreement, including, without limitation, clauses 5 and 15, that entitles the Funder to terminate this Agreement without serving a Termination Notice.

*"Claimant's Legal Costs"* means the amount included in any invoice reasonably consistent with the Costs Estimate as issued by the Lawyers to the Claimant in relation to or in connection with the Proceedings, and which may relate to (without limitation) all or any of the following:

(a)  the Lawyers' fees and costs;



Private & Confidential and Subject to Legal Privilege

(b) experts' fees;

(c) disbursements; and

(d) VAT where applicable

*"Costs Estimate"* means the costs estimate attached to this Agreement at Schedule 3.

*"Confidential Information"* has the same meaning as in the Confidentiality Agreement between the Claimant and Calunius Capital LLP whose date is given in Schedule 1.

*"Defendants"* means any person against whom the claim is to be made and who has been named as defendant, co-defendant or Part 20 defendant to the Proceedings. The Defendants' particulars are given in Schedule 1.

*"Forum"* means the forum or seat of the Proceedings as set out in Schedule 1 as amended from time to time, and *"Civil Procedure Rules"* shall mean the rules of procedure applicable to the Forum.

*"Funder's Fee"* means the fee set out in Schedule 2 and payable by the Claimant to the Funder.

*"Funder's Outlay"* means the aggregate of all sums paid or incurred by the Funder under clause 2 of this Agreement and:

(a) costs that are the direct out of pocket expenses incurred by the Funder in travel costs for its employees travelling to meetings and Court or similar hearings and the costs of obtaining credit worthiness information;

(b) costs reasonably incurred by the Funder for legal or expert opinions or research reports, including those costs incurred or paid before the making of this Agreement;

(c) other reasonable legal costs and expenses of the Lawyers (including disbursements) that have been incurred or paid by or on behalf of the Claimant or by a third party and which the Funder has agreed in writing to pay.

*"Funder Payment"* means any payment, other than the Funder's Fee, that the Claimant may become obliged to make to the Funder under this Agreement following a Claimant Default Event or a breach of the Claimant's obligations under, without limitation, clauses 5, 14 and 17.

*"Lawyers"* means the firm and persons whose particulars are given in Schedule 1 or any substitute firm of Lawyers agreed in writing between the Parties.

*"Maximum Sum"* means the maximum amount of Claimant's Legal Costs that the Funder agrees in this Agreement to pay, being the amount specified in Schedule 1.

*"Priorities Agreement"* means the agreement of that name relating to the Proceedings between the Funder, the Claimant and certain other Parties.

*"Proceedings"* means any legal proceedings, arbitration, mediation or other steps taken in contemplation of such legal action, arbitration or mediation to be commenced by or taken over by the Claimant against the Defendants or already issued, particulars of which are given in Schedule 1. This shall include such steps taken in relation to the arrangement of the

Private & Confidential and Subject to Legal Privilege

litigation funding, all forms of alternative dispute resolution whether proposed to be conducted in the Forum or in any other jurisdiction, and any enforcement action to recover damages. Any references in this Agreement to a "*Court*" shall apply in respect of any Proceedings taken in any other forum as if the word referred to that forum and the terms were adjusted to refer to the rules and procedures of that forum.

"*Proceeds*" means the total amount payable by any of the Defendants to the Claimant or to the Claimant's order, inclusive of any legal costs and other sums agreed or awarded, by virtue of any settlement accepted by, or Court judgment in favour of, the Claimant in relation to the Proceedings, without taking into account the value attributed in such settlement or judgment to any counterclaim.

"*Recommended Offer*" means a Settlement Offer made:

a) on behalf of one or more Defendants to the Claimant which the Lawyers have recommended in writing that the Claimant should accept;

b) or by the Claimant to one or more of the Defendants, which the Lawyers have recommended in writing that the Claimant should pursue;

to which (in each case) neither Party has served an Objection Notice pursuant to clause 4.3 or, in the case where an Objection Notice was served and not withdrawn, the Parties have agreed or the Assessor has determined that the objection was invalid and the Settlement Offer should be a Recommended Offer.

"*Settlement*" means a final and concluded agreement between the Claimant and any of the Defendants in full and final settlement of the claim in the Proceedings. This shall include any compromise of the Proceedings against a Defendant and shall include a decision by the Claimant to abandon, withdraw or discontinue the Proceedings.

"*Settlement Offer*" means a written offer of Settlement made on behalf of one or more Defendants to the Claimant or by the Claimant to the Defendants.

"*Success*" means any Settlement accepted by, or Court judgment in favour of, the Claimant, pursuant to which the Defendants or any third party become obliged to pay any sum of money to the Claimant in respect of the Proceedings and "Succeeds" and "Successful" shall be construed accordingly.

"*Termination Date*" has the meaning defined in clause 14.2.

"*Termination Notice*" has the meaning defined in clause 14.1.

"*Transaction Currency*" is defined in Schedule 1.

"*VAT or Value Added Tax*" means any value added tax or equivalent goods and/or services tax on the supply of goods and/or services.

1. Interpretation

Unless expressed to the contrary in this Agreement:

Private & Confidential and Subject to Legal Privilege

1.1. Words importing:

    1.1.1. the singular include the plural and vice versa;

    1.1.2. any gender includes both genders.

1.2. If a word or phrase is defined, cognate words and phrases have corresponding definitions.

1.3. A reference to:

    1.3.1. a person includes a firm, unincorporated association, corporation and a government or statutory body or authority;

    1.3.2. a person includes its legal personal representatives, successors and assigns;

    1.3.3. a statute, ordinance, code or other law includes regulations and other statutory instruments under it and consolidations, amendments, re-enactments or replacements of any of them;

    1.3.4. a right includes a benefit, remedy, discretion, authority or power;

    1.3.5. an obligation includes a warranty or representation and a reference to a failure to observe or perform an obligation includes a breach of warranty or representation;

    1.3.6. provisions or terms of this Agreement or another document, agreement understanding or arrangement include a reference to both express and implied provisions and terms;

    1.3.7. time is to local time in the UK;

    1.3.8. "£" or "**pound sterling**" is a reference to the lawful currency of the United Kingdom. "$" or "*US$*" or "*USD*" or "*dollar*" or "*United States' Dollars*" is a reference to the lawful currency of the United States of America;

    1.3.9. this or any other document includes the document as varied or replaced and notwithstanding any change in the identity of the Parties;

    1.3.10. writing includes any mode of representing or reproducing words in tangible and permanently visible form;

    1.3.11. anything (including, without limitation, any amount) is a reference to the whole or any part of it and a reference to a group of things or persons is a reference to any one or more of them;

    1.3.12. "*Party*" or "*Parties*" means a party or parties to this document;

    1.3.13. headings are for convenience only and do not affect interpretation;



Private & Confidential and Subject to Legal Privilege

1.3.14. a clause, sub-clause or Schedule is a reference to a clause or a sub-clause or a Schedule to this Agreement.